**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants*.

---

**DECLARATION OF JACKSON BROWNLEE**

---

I, Jackson Brownlee, being over 18 years of age, submit the following declaration and state:

1. I make this declaration based on my personal knowledge.

2. I live in Woodland Park, Colorado, and I am a resident of Teller County.

3. I have been a member of the Colorado State Shooting Association since March 3, 2026.

4. I intend to purchase an AR-15 semiautomatic firearm for self-defense and hunting. The firearm I intend to purchase is an AR-15 that is chambered for 5.56 NATO ammunition because I believe that it is an optimal home-defense firearm. The firearm I intend to purchase is manufactured by Palmetto State

Armory, and presently in stock at Palmetto State Armory where I intend to complete my purchase, and transfer through Springs Armory, LLC. I have transferred or purchased five firearms through Springs Armory, LLC. The firearm cost approximately $400.

5. Based on my understanding of SB25-003, the AR-15 I intend to purchase is considered a “specified semiautomatic firearm.”

6. Because I knew that Colorado’s permit-to-purchase process would be effective August 1, 2026, I started the initial steps of the process (e.g., researching the firearms safety course eligibility process) on July 12, 2026.

7. On July 30, 2026, I called my local sheriff’s office, the Teller County Sheriff’s Office, to ask for an explanation of the process needed obtain a firearms safety course eligibility card.

8. The sheriff’s office told me that it currently had no plan to process eligibility-card applications, did not know when they would have a plan to process the applications, had not received guidance from the state on the process, and that the office did not know what to tell me about next steps.

9. Next, I looked for a third-party vendor to complete my background check. Initially, I tried to use artificial-intelligence tools to identify a third-party vendor that could perform a background check in accordance with SB25-003.

10. After artificial-intelligence tools could not identify a third-party vendor, I searched social media to look for third-party vendor options that other firearm purchasers were using.

11. After working through a series of social media applications and websites over the course of three days, I eventually found an organization named TruDiligence through the website www.2AColorado.com.

12. On its "Instructions" page, TruDiligence promised to complete a background check as required for the "Colorado Firearms Safety Course Eligibility Permit."

13. In total, it took me three days from the time I began using artificial-intelligence tools until the time that I found TruDiligence.

14. Once I found TruDiligence, I used it to apply for a background check.

15. TruDiligence's background check application required me to submit the following information:

a. Legal first and last name;

b. Social security number;

c. Current address (including street address, zip code, city, and state);

d. My phone number;

e. My email address;

f. Whether I have any known criminal records;

g. The "Address History where you have lived, worked or went to school in the prior (10 Years)," including the duration of time that I was associated with each address.

16. After filling in the required information, TruDiligence charged me $30 to submit the application.

17. I finished and submitted my background check application on August 1, 2026, and I received my results two days later on August 3, 2026.

18. The background check results indicated that the check investigated the following information:

a. Address history;

b. State criminal history in locations where I lived;

c. Nations Criminal/Sex Offender/OFAC investigation results; and

d. Colorado CBI history.

19. After I received my background check results, I looked on the Teller County Sheriff's website for the application to apply for my eligibility card.

20. The Teller County Sheriff's Office provided no information on how to apply for the card.

21. On August 5, 2026, I called the sheriff's office again to ask for information about next steps after completing my background check.

22. The sheriff's office told me that it is not accepting applications at this time, that it had no timeframe for when the Teller County Sheriff would accept applications, and that I could try to apply for my eligibility card through another county.

23. On August 5, 2026, I also called Colorado Parks and Wildlife to ask them if they could provide me with next steps.

24. CPW recommended that I submit my application for an eligibility card to a neighboring county. CPW specifically recommended that I try to apply for my eligibility card through Park, El Paso, Fremont, or Douglas Counties.

25. I have re-read SB25-003 several times. As I understand the statute, I am required to apply for my eligibility card from my local county sheriff.

26. I have also reviewed CPW's website, which repeatedly states that applications must be submitted to "your" sheriff's office (see below).

**Step 2: Sheriff's Office**

You must provide: name-based background check and government –issued photo ID to your county Sheriff's office for your application to be processed. Contact your Sheriff's Department for information regarding the name based background check and how to submit the required documents for their review. FEES ARE COLLECTED DURING THIS STEP. CPW = $52.00. Each Sheriff can set their own fee.

27. Because of that, I do not think that I am permitted to apply for my eligibility card through another county based on existing law.

28. To date, I have spent over a week attempting to comply with the permit process to purchase the AR-15 I have selected. Yet, I have only made it past the initial step of obtaining a third-party background check. My understanding is that after I obtain an eligibility card, I will have to complete in-person training as well. I have not yet started to look for trainers because, as I understand the statute, my local sheriff needs to approve my eligibility card before I can enroll in the required firearms training courses. Obtaining the training will only further delay the process because, not only must I find an approved trainer and schedule the training, I must attend the training and score over 90% on a written test before I can move on to the next steps. The next steps include going through yet another

background check, purchasing the firearm, and waiting three days before I take possession. All told, this process could take months.

29. But, as of right now, I am waiting for the sheriff's office to begin accepting applications so that I can apply for an eligibility card and continue the permit process. It is unclear how long I will be waiting.

30. As a comparison, I moved to Colorado in January, 2023 from Illinois.

31. When I moved to Colorado, I registered to vote at my local Department of Motor Vehicles office. I had to show my passport when I registered to vote, but I did not pay a fee.

32. When I moved to Woodland Park, I updated my registration online.

33. The process to register and the process to update my voter registration both took less than one minute.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Woodland Park, Colorado.

*s/Jackson Brownlee*
Jackson Brownlee