**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants*.

---

**DECLARATION OF QUINTON BURGESS**

---

I, Quinton Burgess, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I am on active duty in the United States Space Force and am stationed at Schriever Space Force Base.

3. I live in Colorado Springs, Colorado, and I am a resident of El Paso County.

4. I am a member of the Colorado State Shooting Association (CSSA).

5. I have plans to purchase one of two rifles: a Daniel's Defense AR-10 or a Daniel's Defense AR-15 (300 Blackout). I believe both firearms are well-suited for self-defense, and I intend to buy the firearm that purpose. I expect the firearm to

cost me approximately $1,700. I intend to purchase the firearm at Denver Bullets, which is a federally licensed firearms retailer and ammunition supplier in Colorado Springs, Colorado.

6. I have known about SB25-003 since it was first introduced in the Colorado General Assembly.

7. While the bill was still a pending measure in the general assembly, I drove to the Capitol in Denver to testify against SB25-003 during the House Judiciary hearing on the measure.

8. Despite my testimony, and the testimonies of many others that I heard that day, Governor Polis signed the bill into law on April 10, 2025.

9. To ensure that I could purchase my firearm, I decided to start the permit-to-purchase process early. On July 16, 2026, I found a video from Dragonmans and the CSSA explaining the permit-to-purchase process.

10. From the video, I learned that I would need to complete a background check from a third-party vendor as part of the application. I also found third-party background check vendor, TruDiligence.

11. On July 20, I used a Google search to find the TruDiligence website.

12. Once I found the website, I completed the background check application located on the website. To complete the application, I had to enter "Applicant Demographics" including:

a. My first and last name;

b. My social security number;

c. My home address, zip code, city, and state;

d. My phone number;

e. My email address;

f. Ten years of "address history where" I had "lived, worked or went to school in the prior (10 Years)"; and

g. Whether I have known criminal records.

13. After I completed the demographics portion of the background check application, I authorized TruDiligence to perform a background check.

14. I also had to pay a fee to TruDiligence to complete the background check. I believe that the fee was $35.

15. I completed the TruDiligence application on July 20. Most of my results were returned to me before the end of the day, although I did not receive the results from the portion of the background check involving the Colorado Bureau of Investigation until July 21.

16. On July 21, the day after I completed my background check application, I went to the Colorado Division of Parks and Wildlife website to complete the specified Semiautomatic Firearms application.

17. Before I could apply, I had to set up a CPW account. To set up an account, I had to provide my name, date of birth, phone number, email address, and create a Login ID and password. I also had to add my home address and set up security questions.

18. After I established my CPW account, I completed the CPW portion of the process and attested that:

a. I did not have a state or federal conviction or court order that would prohibit me from purchasing or possessing a firearm;

b. I would not violate relevant state law related to the purchase, possession, storage, and lawful use of firearms; and

c. I would only transfer a firearm under Colo. Rev. Stat. §§ 18-12-112 and -116, and not allow another person who I believe would be a danger to themselves or others access to a firearm in my possession.

19. I completed the application the same day, on July 21. After completing the application, I received an application ID, and a status update that stated "Awaiting Sheriff Review."

20. After I completed the CPW application, I waited for approximately a week; I expected to hear from the El Paso County Sheriff's Office that my application was approved.

21. On July 29, after I did not hear from the sheriff's office, I called the general number for the El Paso County Sheriff to inquire about the status of my application.

22. I explained the "Awaiting Sheriff Review" status on the CPW website, but the sheriff's office told me that my delayed progress was CPW's responsibility, not the El Paso County Sheriff's responsibility. The sheriff's office transferred my call to CPW, but CPW did not take my phone call.

23. I tried to call the El Paso County Sheriff's Office again to ask about the status of my application on August 10. The sheriff's office did not answer the phone call and they do not allow voicemails.

24. I am able to check my status on the CPW website. When I last checked on August 10, 2026, my application was still "Awaiting Sheriff Review."

25. As I understand the permit-to-purchase process, I know that after the sheriff approves my application, I will need to complete a firearms safety course. I

believe that I will need to take a four-hour course because I already hold a Hunter's Education card.

26. I am concerned that the wait time for training might be long, but I have not tried to reserve a training spot yet. As I understand the law, I cannot reserve my training until I receive my eligibility card from my sheriff.

27. As I understand the process, I will not be able to sign up for the safety class even after my sheriff approves me; I must wait for the physical eligibility card to arrive before I can reserve training.

28. I have researched whether I am able to sign up for a safety class without having the card, but the information I could find indicates that the trainers would kick me out of the class for not having my eligibility card.

29. The permit-to-purchase process has also impacted my ability to accept transfer of firearms that are not covered by SB25-003.

30. On August 1, 2026, a friend of mine tried to transfer two firearms, a 12-gauge pump action shotgun H&R 1871 Pardner Pump and a 7022 rifle Magtech 7022, to me through my FFL, Denver Bullets.

31. I do not believe that the shotgun or the 7022 rifle are covered firearms under SB25-003.

32. I expected that I would be able to pay the transfer fee for these firearms on August 1, wait three days, then pick up the firearms on August 4.

33. I was unable to return to Denver Bullets until August 6, when I went to the gun shop to pick up my firearms.

34. Once I arrived, the sales associate told me that I could not pick up my firearms because my background check had not been completed. I understood from the associate that the Colorado Bureau of Investigation was not processing

background check requests, and that the investigators do not know which firearms are on the list of "covered" firearms and were trying to determine from online searches whether the firearms my friend was trying to transfer to me were covered.

35. I also asked the associate at Denver Bullets if I could purchase one of the Daniel's Defense rifles that I mentioned above (the AR-10 or AR-15 (300 blackout)), and he confirmed that I needed to complete the permit-to-purchase process first.

36. To date, I have been actively trying to complete the permit-to-purchase process so that I can buy an AR-10 or AR-15 for approximately one month. As far as I know, my sheriff's office has still not processed my application, and I am unable to apply for training. Further, CBI has still not completed its portion of the background check that I need so that I can complete the transfer of the shotgun and 7022 rifle.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Colorado Springs, Colorado.

*s/Quinton Burgess*
Quinton Burgess