**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants*.

---

**DECLARATION OF CHRISTOPHER CUMMINGS**

---

I, Christopher Cummings, being over 18 years of age, submit the following declaration and state:

1. I make this declaration based on my personal knowledge.

2. I live in Henderson, Colorado, and I am a resident of Adams County.

3. I am a member of the Colorado State Shooting Association.

4. I am also a member of the Empire Gun Club in Wiggins, Colorado, where I shoot and train.

5. I intend to purchase an AR-15 semiautomatic firearm for self-defense. I planned to buy the firearm on July 29, 2026, at Rocky Mountain Pawn in Brighton, Colorado. Rocky Mountain currently has the firearm in stock, and the firearm costs approximately $3,000.

6. I am aware that SB25-003 imposed a new permit-to-purchase program on August 1, 2026, and that to purchase a "specified semiautomatic firearm," I have to complete that process.

7. Based on my understanding of SB25-003, the AR-15 that I intend to purchase is a "specified semiautomatic firearm."

8. I planned to purchase the AR-15 on July 29, 2026, because I wanted to buy the firearm before the permit-to-purchase program was effective. On July 29, I went to Rocky Mountain to complete my background check, pay for the firearm, and begin the three-day waiting period.

9. The Rocky Mountain staff informed me that, if I completed my background check and purchased the AR-15 that day, I would not be able to pick it up three days later because the waiting period would expire after the effective date of the permit-to-purchase process on August 1.

10. I was unsure of how to start the permit-to-purchase program, but I was familiar with the website www.2acolorado.com, which is published by Kyle Howard, the lead instructor and owner of the Empire Gun Club.

11. I relied on www.2acolorado.com to navigate the permit-to-purchase process. Screen shots from the website are below.






12. On July 31, two days after I was denied the opportunity to purchase an AR-15, I started the permit-to-purchase process by accessing the Colorado Division of Parks and Wildlife's Specified Semiautomatic Firearms application from a link posted on www.2acolorado.com.

13. I began the process by setting up an account with CPW. To set up an account, I had to provide my name, date of birth, phone number, email address, and create a Login ID and password. I also had to add my home address and set up security questions.

14. After I established my CPW account, I completed the CPW portion of the process by inputting my Hunter Education ID number, uploading my driver's license, and attesting that:

a. I did not have a state or federal conviction or court order that would prohibit me from purchasing or possessing a firearm;

b. I would not violate relevant state law related to the purchase, possession, storage, and lawful use of firearms; and

c. I would only transfer a firearm under Colo. Rev. Stat. §§ 18-12-112 and -116, and not allow another person who I believe would be a danger to themselves or others access to a firearm in my possession.

15. After I completed the CPW portion of the process, I returned to www.2acolorado.com. The website explained that next, I needed to complete a background check. The website provided a link marked MyTruSeal. I used that link to access the website trudiligence.bgsecured.com. The website appears to belong to a company called TruDiligence. A screenshot of the first page of the application is below.



16. To apply for a background check on the TruDiligence website, I had to enter "Applicant Demographics." The required information that I input for the demographics form included:

a. My first and last name;

b. My social security number;

c. My home address, zip code, city, and state;

d. My phone number;

e. My email address;

f. Ten years of "address history where" I had "lived, worked or went to school in the prior (10 Years)"; and

g. Whether I have known criminal records.

A screenshot of the Applicant Demographics page is below.




17. After I completed the demographics portion of the background check application, I uploaded my driver's license information and authorized TruDiligence to perform a background check.

18. I also paid TruDiligence a $30 fee to complete the background check.

19. TruDiligence completed my background check and sent me a screening report with my results via email three days later, on August 3.

20. The results reported that the following areas were investigated:

a. My address history;

b. State criminal history;

c. National criminal / sex offender / OFAC history;

21. After I reviewed my background check results, I returned to www.2acolorado.com and found that the next step of the permit-to-purchase process was to apply for a sheriff's office verification.

22. According to the website, an applicant need not apply at his own local sheriff's office. The website recommended applying through the Weld County Sheriff's Office because "[i]t's the easiest." I used the link provided on the www.2acolorado.com website to access the Weld County sheriff's application.

23. For the application, I was required to input my first and last name, date of birth, home address, and email address.

24. Next, I had to upload my completed Colorado Division of Parks and Wildlife application, my completed name-based background check, and my driver's license.

25. After I input that information, I was asked to pay a fee of $52.00. To the best of my knowledge, this is a fee for CPW that the Weld County Sheriff is collecting; I do not believe that the Weld County Sheriff's Office has its own fee for the application or receives any of the funds for this payment.

26. After I input my payment information, I reviewed my application and submitted it to the Weld County Sheriff's Office.

27. I completed my application on August 3.

28. As of today, I have not received any updates on my application since submitting it to the Weld County Sheriff's Office, and the sheriff's office does not provide a way to check the status of my application. I believe that my application is still pending.

29. Based on the website www.2acolorado.com, I know that the next step of the permit to purchase process is to complete a four- or 12-hour course. Because I have a Hunter's Education Card, I only need to complete the four-hour course.

30. Because I knew that there may be a waiting period for training, I contacted my club, the Empire Gun Club on July 31, 2026, to reserve a spot in their four-hour firearms safety course.

31. The Empire Gun Club allowed me to reserve my spot while I waited for the sheriff's office to approve my eligibility card.

32. The four-hour course will be held on August 14, in Arvada, Colorado. I expect the drive to the training to take me as much as an hour and a half one-way (and three hours round-trip).

33. I reserved a training spot for August 14, because it was the soonest training date available when I signed up.

34. I do not know whether I will be able to complete the permit-to-purchase four-hour course if I do not receive my eligibility card from the sheriff's office before my scheduled August 14 class.

35. If I am unable to complete the August 14 class because the sheriff does not approve my application, I am not sure whether I should reschedule the training or wait until my application is approved by the sheriff.

36. As far as I understand the process, I will be able to purchase the AR-15 that I tried to purchase on July 29, after I complete my four-hour course, which includes passing a written examination with a 90% score.

37. After passing the test, I believe that I will need to go to Rocky Mountain Pawn, where I plan to purchase the firearm, submit to another background check, and complete the three-day waiting period before I can accept delivery of the AR-15.

38. If I went to Rocky Mountain on August 15—the day after completing the four-hour course in Arvada—I would not be able to take possession of my AR-15 until August 18. So the best case scenario for me, despite starting the firearm purchase on July 29, and diligently completing all the steps required to comply with the state's permit-to-purchase process, will take me nearly three weeks (20 days) to purchase my firearm. During that time, I will have interacted with three different private party vendors and two government bodies. I will have paid various fees to four of those participants.

39. I believe the amount of time required to exercise my Second Amendment right, not to mention the onerous administrative process that took a private party website to explain, is wholly unreasonable for a law-abiding resident.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Henderson, Colorado.

*s/Christopher Cummings*
Christopher Cummings