**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs,*

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants.*

---

**DECLARATION OF JEREMY MANSON**

---

I, Jeremy Manson, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I reside in Colorado Springs, Colorado, and I am a resident of El Paso County.

3. I am a member of the Colorado State Shooting Association (CSSA).

4. I am also a veteran of the United States Army, and a former Federal Firearms License holder. I allowed my FFL to expire on June 1, 2026, due to the increasingly burdensome business environment for firearms dealers in Colorado.

5. I am the General Manager for Spartan Defense in Colorado Springs. Spartan Defense is a multifaceted firearms related business with the mission of

providing law-abiding people interested in exercising their Second Amendment protected rights with the knowledge and tools necessary for their own personal protection. Spartan Defense advocates proper training and a deep understanding of the legal and physical responsibilities that come with firearm ownership.

6. Spartan Defense is a business member of CSSA.

7. I am aware that under SB25-003, a permit-to-purchase process became effective on August 1, 2026, and that to purchase a “specified semiautomatic firearm” (SSF), a law-abiding individual must complete a multi-step process that requires the payment of additional fees and imposes significant delays.

8. For many months now, Spartan Defense customers have expressed confusion about SB25-003’s permit-to-purchase process. To better understand the process, and as someone who purchases semiautomatic firearms covered by SB25-003, I started the permit-to-purchase process earlier this summer.

9. The first step I took was to try to locate a vendor who could complete the initial background check requirement. This was not an easy task, and it was only by perusing the Empire Gun Club’s “FFL Group Chat” that I was able to find a company qualified to conduct a name-based background check of national and state databases. TruDiligence was not included on the CPW website and was not easily located through a standard Google search. Moreover, despite my in-depth search, I have not come across any other companies capable of providing this service in the State of Colorado.

10. On July 14, 2026, I attempted to navigate TruDiligence’s website to submit the information needed for a background check to be performed. The process was not intuitive, and the website was difficult to navigate. Eventually, however, I was able to upload the requested information; and after paying a $30 fee, I received my results on July 15, 2026.

11. On July 23, 2026, I completed the CPW's Firearms Safety System application. After completing the application, I was instructed to take my background check and drivers' license to the El Paso County Sheriffs Office for the next step in the process.

12. On August 1, 2026, I applied to the El Paso County Sheriff's Office for a Firearms Safety Course Eligibility Card.

13. The El Paso County Sheriff's Office application process required the following: (1) completion of the Sheriff's application; (2) providing a valid government-issued photo identification; (3) providing the completed third-party name-based background check of national and Colorado public criminal history that I had previously paid for and received from TruDiligence; and (4) paying a $52.00 fee.

14. After receiving my Firearms Safety Course Eligibility Card, I began the process of locating and enrolling in the required safety course training.

15. Because I already have a Hunter's Education Card, I learned that I need to complete the four-hour safety course before I am eligible to purchase an SSF.

16. I will be taking this safety course on August 14, 2026, in Aurora, which is approximately a one-hour drive from Colorado Springs. This was the soonest available offering of this class that I was able to find.

17. Spartan Defense does plan to offer the SSF Safety Courses approximately once per month; starting on August 15 with the 12-hour course, followed by the four-hour course on August 20.

18. It is also important to note that the permit-to-purchase requirements of the Act do not replace the other standard requirements that must be satisfied before an individual can purchase and take possession of a firearm in the State of Colorado. These include age and residency verification, the completion of an ATF

Form 4473, the submission of an additional background check (at a cost of $30), a mandatory three-day waiting period, and the payment of a 6.5 % excise tax.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Colorado Springs, Colorado.

*s/Jeremy Manson*

Jeremy Manson