**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs,*

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants.*

---

**DECLARATION OF MELISSA FLANELL**

---

I, Melissa Flanell, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I reside in Colorado Springs, Colorado, and I am a resident of El Paso County.

3. I am the co-owner and operations manager of Dragonman's in Colorado Springs. Dragonman's is a multifaceted firearms related business that includes a gun store, military museum, and shooting range. The gun store portion of the business sells between 500 and 700 firearms each year, the vast majority of which are semiautomatic firearms.

4. Dragonman's is a business member of the Colorado State Shooting Association (CSSA).

5. Approximately 50-60% of Dragonman's firearm business involves the sale of guns that have been classified as "specified semiautomatic firearms" (SSFs) under the provisions of SB25-003. It is my understanding and belief that these firearms are now subject to the permit-to-purchase requirements established by the Act.

6. Over 90% of the Dragonman's customers that we have talked to about the Act have stated they will not comply with the permit-to-purchase process. They indicated that the permit requirements are simply too onerous; and because of that, they will stop purchasing SSFs.

7. Dragonman's has not sold a single SSF since the permit-to-purchase provisions of the Act went into effect last week.

8. Given the volume of SSFs that Dragonman's has historically sold each year, even a moderate reduction in the sale of SSFs will have a significant, negative impact on Dragonman's financial health; one that the gun store portion of the business may not be able to endure for too long.

9. Moreover, there is widespread confusion among our customers, and even with other FFLs, as to which semiautomatic firearms fall under the permit-to-purchase provisions of the Act. The Department of Revenue's Firearms Dealer Division has instructed dealers to contact them if they are uncertain whether a firearm they are about to sell qualifies as an SSF. Unfortunately, DOR's business hours are limited, their office is not staffed over the weekends, and we have already experienced difficulty in getting Division personnel to respond to our inquiries.

10. Because the liability for selling an SSF falls on the dealers, out of caution, we will have to turn customers away if we are uncertain whether the

firearm they are seeking to purchase qualifies as an SSF under the Act. This will result in additional lost revenue for our business.

11. Our customers have also expressed confusion about the permit-to-purchase process itself. As a firearm dealer who regular interacts with customers, from my perspective, the state has provided inadequate guidance to the general public about the training and permitting requirements.

12. One of the areas of particular confusion has surrounded the requirement that individuals intending to purchase an SSF must first secure a background check from a third-party vendor. I have been advised by customers that their local sheriffs are directing them to contact CPW for a list of certified vendors; but when they do so, CPW redirects them back to their local sheriffs or recommends that they conduct their own online searches for vendors who provide the background check service. People are understandably worried about providing sensitive identifying information to potentially disreputable online sites that have not been verified by either CPW or their local law enforcement officials.

13. After conducting my own research, I was able to locate one reliable third-party vendor capable of completing the initial background check requirement. The company is TruDiligence out of Lakewood, Colorado. However, locating this company and the SB25-003-related service it provides was not easy. I only found the proper link for the service after using the specific search term: “TruDiligence SB3.” A general search for “TruDiligence background check” did not reveal this specific service.

14. After paying a $30 fee, uploading a picture of my driver’s license, and providing my name, date of birth, and Social Security number through the company’s online portal—all steps that will, understandably, deter applicants considering the personal information disclosed—TruDiligence completed the required third-party vendor initial background check for me.

15. In addition to selling firearms and running a gun range, Dragonman's also provides firearms-related training classes. In the past, these classes have included Concealed Carry Courses and Basic Handgun Courses. Starting on August 8-9, 2026, Dragonman's will also offer a 4-hour SSF Safety Course, as well as an Extended 12-hour SSF Safety Course.

16. Dragonman's completed its first round of SSF Safety Course training on August 8-9. Six individuals completed the training. Four of the individuals took the four-hour course while the other two individuals completed the 12-hour course.

17. We anticipate holding these SSF Safety Courses once per month; and we currently plan to charge $125.00 for the 4-hour SSF Safety Course, and $195.00 for the two-day 12-hour SSF Safety Course.

18. Currently, I am the only one at Dragonman's who is qualified and certified to provide these SSF Safety Courses. I acquired this certification after completing a 4-hour online instructor training course.

19. The SSF Safety Courses include a standardized curriculum that cannot be deviated from by the instructor. The testing is also standardized, and, if an individual fails to receive a score of 90% on the end of course exam, they fail and will have to retake all or some of the course again (depending on their score).

20. The curriculum and the tests are only offered in the English language. There are no accommodations made for those who do not speak English. If a translator is needed, the individual would have to pay for their services separately.

21. It is my understanding that after an individual who wishes to purchase an SSF has secured their third party vendor background check (at a cost of $30), submitted their application to the El Paso County Sheriff's Office (at a cost of $52 for El Paso residents), been subsequently approved by the Sheriff and provided with a Firearms Safety Course Eligibility Card, completed either the 4-hour SSF Safety Course (at a cost of $125.00) or the 12-hour SSF Safety Course (at

a cost of $195.00), and received a minimum passing score of 90% on their course exam, they then can purchase an SSF. But if any of those steps are missed, they will not be able to purchase an SSF from Dragonman's or any other dealer in the state.

22. The permit-to-purchase requirements of the Act do not replace the other standard requirements that must be satisfied before an individual can purchase and take possession of a firearm. These include age and residency verification, the completion of an ATF Form 4473, the submission of an additional background check (at a cost of $15), a mandatory three-day waiting period, and the payment of a 6.5 % excise tax.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Colorado Springs, Colorado.

*s/Melissa Flanell*
Melissa Flanell