**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as Director of Colorado Parks and Wildlife,

*Defendants*.

---

**DECLARATION OF RAY ELLIOTT**

---

I, Ray Elliott, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I live in Denver, Colorado, and I am a resident of Denver County.

3. I am the President of Colorado State Shooting Association. In that capacity, I am familiar with the requirements imposed by SB25-003 on individuals seeking to purchase "specified semiautomatic firearms" in Colorado.

4. The new law, in part, established a permit-to-purchase process that Colorado residents must complete to purchase specified semiautomatic firearms. The permit-to-purchase process became effective on August 1, 2026.

5. I have owned "specified semiautomatic firearms" in the past, including AR-15 rifles, and I intend to purchase similar firearms in the future.

6. I submit this declaration to provide the Court with information regarding the certain costs associated with the permit-to-purchase process established by SB25-003, based on my research into the application fees and training course costs that applicants must incur.

7. Under SB25-003, before an individual may purchase a specified semiautomatic firearm, the individual must first obtain a firearms safety course eligibility card. To apply for the eligibility card, the applicant must submit an application to the local county sheriff, along with the results of a third-party background check, a government-issued photo identification, and applicable fees. These application costs must be paid before the applicant can enroll in the required firearms safety training course, and before the applicant may purchase the firearm.

8. I researched the costs required to submit an eligibility-card application in the City and County of Denver. The following fees are required to be submitted with the application to the Denver Police Department: a TruSeal background check costing $30.00; a Colorado Parks and Wildlife (CPW) database fee of $52.00; and a Denver Police Department processing fee of $132.10. The total cost to submit an application in Denver is $214.10.

9. In addition to the application fees, an applicant must pay for the required firearms safety training course. Based on my research, the cost of the 12-hour extended firearms safety course is approximately $375.00, and the cost of the four-hour basic firearms safety course is approximately $150.00.

10. Colorado law also requires a second background check by firearms dealer at the time of sale, which is approximately $15.

11. Thus, as a resident of Denver County, I would be subject to the following costs to obtain a firearms safety course eligibility card, complete the required 12-hour training, and pass the two required background checks:

| | |
|---|---|
| Third-Party Background Check via TrueSeal | $30.00 |
| CPW Database Fee | $52.00 |
| Denver County Sheriff's Office Fee | $132.10 |
| 12-Hour Training | $375.00 |
| FFL Background Check | $15.00 |
| **Total Costs** | **$604.10** |

12. Actually finding a day and time that works for a required course will result in further delays in being able to purchase a specified semiautomatic firearm. Scheduling constraints imposed by the limited number of available trainers and course offerings create additional practical burdens on applicants beyond the direct financial costs.

13. These cost totals do not include additional expenses that an applicant may incur in connection with the permit-to-purchase process, such as travel costs, time away from work, childcare, lodging, or other incidental expenses. Nor do these totals include the separate purchase price of the firearm itself.

14. Based on my experience and deep understanding of the firearms industry, an inexpensive AR-15—which is a specified semiautomatic firearm subject to SB25-003—can be purchased for approximately $400 to $500.

15. Depending on the county and the course cost selected, the application and training expenses required by SB25-003 can substantially increase the total cost of acquiring a specified semiautomatic firearm. For example, a Denver resident who pays the application fee of $214.10, enrolls in a 12-hour course at $375.00, and

pays for second the point-of-sale background check would incur $604.10 in permit-related costs alone before purchasing the firearm.

16. For an applicant seeking to purchase an inexpensive AR-15 in the $400 to $500 range, these mandatory state permit costs can more than double the effective cost of the purchase.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, in Denver, Colorado.

Ray Elliott

Ray Elliott