**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of the Colorado Division of Parks and Wildlife,

*Defendants*.

---

**DECLARATION OF KELLY HOHNHOLZ**

---

I, Kelly Hohnholz, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I live in Hasty, Colorado, and I am a resident of Bent County.

3. I am a member of the Colorado State Shooting Association.

4. I am also a veteran of the United States Army, a professional firearms trainer, and a concealed carry weapons instructor for Bent and Prowers counties.

5. As a certified firearms trainer, I instruct people on the proper handling of a wide range of firearms, including semiautomatic firearms. I also provide instruction on developing marksmanship skills. Most of my work in this field is with military units.

6. I am aware that under SB25-003, a permit-to-purchase process became effective on August 1, 2026, and that to purchase a "specified semiautomatic firearm" (SSF), I have to complete a multi-step process that requires the payment of additional fees and imposes significant delays.

7. In May 2025, in response to the passage of the Act, the Bent County Board of Commissioners formally passed Resolution 2025-17, declaring Bent County a Second Amendment sanctuary.

8. The Bent County Sheriff is not participating in the Act's permit-to-purchase process and is advising those who wish to purchase an SSF to find an alternative county that is processing applications.

9. The counties that immediately surround Bent, including Prowers, Otero, Crowley and Baca, are also not accepting applications.

10. To my knowledge, the nearest county that is processing applications is Pueblo County, which is approximately 95 miles from my residence.

11. Pueblo County requires payment of a $152 application fee as part of the permit-to-purchase process.

12. On July 30, 2026, I completed the Colorado Parks and Wildlife (CPW) intake form to begin the process of applying for a Firearm Safety Course Eligibility Card (FSC). I was hoping that this process would provide me with additional information on the application process, the safety courses I would need to enroll in, and whether my status as a firearms instructor would provide an expedited route for securing an FSC. The CPW website did not answer any of these questions.

13. The CPW website did not provide a list of websites for vendors who could conduct the requisite background check; however, when I contacted the Bent County Sheriff's Department, they suggested to me three possible sites. However, I

attempted to access these sites and/or contact these vendors; none of them worked, as they were all geared to commercial clients performing bulk background/employment checks on a large scale and did not cater to individuals.

14. The following day, through my own Google search, I located a company called TruDiligence, which was able to complete the requisite background check.

15. On August 1, 2026, I submitted the following personal identifying information necessary for the completion of a background check:

a. My first and last name;

b. My social security number;

c. My home address, zip code, city, and state;

d. My phone number;

e. My email address;

f. Ten years of "address history where" I had "lived, worked or went to school in the prior (10 Years)"; and

g. Whether I have known criminal records.

16. After I completed the demographics portion of the background check application, I authorized TruDiligence to perform a background check. I also paid TruDiligence a $30 fee to complete the background check.

17. On August 2, 2026, TruDiligence completed my background check and sent a screening report with my results.

18. After completing my background check, and in anticipation of securing an FSC, I next began to research the firearms safety course training I need to complete and that is currently available in my area.

19. It is unclear to me whether I need to take the four-hour safety course or the 12-hour safety course; and I have not been able to acquire any guidance on this from either CPW or my sheriff.

20. Depending on which safety course I am required to complete, the cost will be at least $200 and could exceed $500, excluding travel expenses such as mileage, lodging, and meals.

21. As a firearms instructor, I need to frequently purchase semiautomatic firearms as part of my work. But it's already clear that the onerous permit-to-purchase provisions of the Act will make the process of purchasing one of these firearms much more expensive and time-consuming. Because of this, it will be difficult in the future for me to purchase the semiautomatic firearms I need to run my firearms instructor business.

22. Since I am a firearms instructor, I have considered teaching one or both of the firearms safety course classes required under the Act. To do so, I would incur significant costs. These costs include renting a classroom for two days and taking time away from my more lucrative training work with the military. Given these costs, I do not believe I would be able to charge students enough to make the teaching the courses worth my time.

23. I am concerned that other qualified instructors will come to the same conclusion and that there may not be enough instructors to teach these courses in the future, which would result in additional and significant delays for those wishing to acquire an SSF.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and recollection.

Executed on August 10, 2026, in Hasty, Colorado.

Kelly Hohnholz