**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs,*

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants.*

---

**DECLARATION OF JOHN NEWBILL**

---

I, John Newbill, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I reside in Colorado Springs, Colorado, and I am a resident of El Paso County.

3. I have been a member of the Colorado State Shooting Association (CSSA) for approximately two years.

4. I intend to purchase an AR-15 semiautomatic firearm for sporting and target shooting, as well as self-defense. The firearm I intend to purchase costs approximately $1,500 to $2,000. I normally purchase firearms from Spartan Defense in Colorado Springs.

5. Based on my understanding of SB25-003, the AR-15 I intend to purchase is considered a "specified semiautomatic firearm" and is therefore subject to the permit-to-purchase process established by the Act.

6. I have had dyslexia my entire life. Dyslexia is a learning disability that significantly impairs my ability to read, write, and comprehend written material.

7. Because of my dyslexia, reading is extremely strenuous for me. Even when I am able to read text, my retention and comprehension are very low. My eyes constantly jump ahead on the page, and my brain works overtime trying to compensate. I frequently add filler words that are not actually present in the text. Long or complex words are particularly difficult for me to understand.

8. My dyslexia has affected me throughout my life. During my school years, I completed specialty classes that included eye-strengthening exercises and vision-tracking tests designed to help me focus. I also saw a specialty doctor who conducted these classes.

9. Because of the severity of my dyslexia, I was homeschooled and attended public online school for high school. I ultimately dropped out of school in the 11th grade because my disability made traditional schooling an overwhelming struggle. I eventually completed my GED at age 21. To complete the GED final examination, I required a 50%-time extension as an accommodation for my disability.

10. Today, I am the vice president of a landscaping company. Even in my professional life, my dyslexia continues to create significant challenges. I struggle to read and write and need others to proofread my written communications, including even simple text messages. I use my phone to listen to messages rather than reading them. For larger documents, I copy and paste text into an artificial-intelligence tool so that I can listen to the content read aloud rather than attempting to read it myself. Before such tools were available, most of my reading

and writing was limited to internal communications, and I regularly asked a colleague or my wife to review anything I wrote. I avoid reading in public when possible.

11. On July 25, 2026, I contacted Spartan Defense to ask whether they could process the new firearm purchase requirements under SB25-003. They told me that they did not know what they needed to process my application, that they had calls out all over the place trying to get answers, and that they were at a standstill. They could not help me move forward with a purchase.

12. At present, I am unsure exactly what I need to complete the state's new permit-to-purchase process. Based on what I have gathered, I believe the process involves specific training, several background checks, and other steps.

13. I do not know where to go to begin this process.

14. I expect that simply researching what the permit-to-purchase process requires—before even beginning the process itself—would take me between 30 minutes and two hours. For someone with my disability, that amount of reading and research is extremely strenuous. This is a right that I should be able to exercise on my own accord without such burdensome barriers.

15. I am particularly concerned about the firearms safety course and examination requirements under SB25-003. As I understand it, applicants must complete an in-person firearms safety course and pass a written examination with a score of at least 90%.

16. A 90% passing threshold is a significant concern for me. On a 20-question test, misunderstanding just one or two questions because of my dyslexia could result in failure, even if I fully understand the underlying material on firearm safety. If I misread a technical term, or if a question is phrased in an unfamiliar or complex way, I expect that I would fail the examination.

17. An audio version of the examination, or the ability to have someone read the questions to me, would help me demonstrate my actual knowledge. Extended time to complete the examination would also help, similar to the 50%-time extension I received for my GED. To date, I have been unable to find information indicating that the examination under SB25-003 will be available in audio format, that a reader will be provided, or that extended time will be offered as an accommodation.

18. I am also concerned about the course materials and instruction as well. Course slides and written materials that need to be memorized or studied in real-time are difficult for me because of my dyslexia. I would need the curriculum materials to take home with me so that I can study them at my own pace using my usual tools: listening to the material read aloud and taking additional time. I would also need instructors to pause during instruction and allow time for questions. Without these accommodations, I am unlikely to be able to absorb and retain the course material at the level required to pass the 90% examination.

19. The permit-to-purchase process under SB25-003 places unique and severe burdens on my Second Amendment rights because of my disability. Unlike exercising my constitutional right to vote—where I receive a paper ballot that I can complete at my own pace, using my own tools to read and listen to the content—the permit-to-purchase process requires me to navigate a complex, multi-step bureaucratic system, complete in-person coursework, and pass a timed written examination with a 90% threshold. The process provides no apparent accommodations for individuals with disabilities like mine.

20. I have been a resident of Colorado for approximately 15 years.

21. I am registered to vote in Colorado.

22. I have never voted in person and have never had to show identification to vote, though I have had to show identification for caucus activity.

23. With my mail-in ballot, I can take the time I need to read, copy and paste words into tools that will read them aloud, and proceed at my own pace. These strategies allow me to exercise my right to vote despite my disability.

24. The permit-to-purchase process under SB25-003 does not afford me similar flexibility.

25. I want to purchase an AR-15 for lawful purposes: sporting, target shooting, and self-defense. Before SB25-003, I could exercise my right to purchase a firearm by visiting a store, completing a point-of-sale background check, and taking possession of my firearm. That process did not require extensive reading, test-taking, or navigation of a complex multi-step bureaucratic system. The new permit-to-purchase process fundamentally changes that by imposing requirements that are uniquely burdensome for someone with my disability.

26. I am willing and able to handle a firearm safely and to follow all applicable laws. My disability does not impair my ability to safely own and use a firearm. It does, however, severely impair my ability to navigate the written, test-based, and research-intensive permit-to-purchase process that SB25-003 now requires before I can exercise my constitutional right to purchase a firearm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, in Colorado Springs, Colorado.

*s/John Newbill*
John Newbill