**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs,*

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants.*

---

**DECLARATION OF CHARLES SLOAN**

---

I, Charles Sloan, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I live in Colorado Springs, Colorado and am a resident of El Paso County.

3. I am a member of the Colorado State Shooting Association.

4. I have been deaf since birth. My mother had German measles while she was pregnant with me, which caused my deafness. I have always been deaf. I have never been able to hear.

5. My first language is American Sign Language (ASL). ASL is not English. My writing and reading in English are not great. Many deaf people have

the same problem. English may be hard for me to understand depending on the words used.

6. I am an active competitive shooter. I participate in precision rifle tournaments and have been involved in this activity for approximately one year.

7. I intend to purchase an AR-15 semiautomatic firearm in the future. I intend to use it for tournament shooting and for self-defense.

8. Based on my understanding of SB25-003, the AR-15 I intend to purchase is considered a "specified semiautomatic firearm" and is subject to the permit-to-purchase scheme established by the Act.

9. I have purchased firearms in the past. In fact, I ordered a 10/22 rifle from Triple J Armory in Colorado Springs during the first week of July 2026. I have already paid for it, and I am waiting for it to arrive. I understand that this particular rifle does not require me to go through the SB25-003 training course. When it arrives, I expect I will need to complete basic background-check forms, wait three days, and then take possession. When I seek to complete my planned purchase of AR-15, however, I will need to complete the SB25-003 permit process.

10. Based on my current understanding, SB25-003 permit-to-purchase scheme requires me to obtain a firearms safety course eligibility card from my county sheriff, complete in-person firearms safety training, and pass a written examination with a score of at least 90%. I understand that if I do not have a hunting license, I will need to complete two days of in-person training.

11. The in-person training requirement presents a significant barrier for me as a deaf person. I cannot hear spoken instruction. To access the content of any in-person firearms course, I require a certified ASL interpreter who is skilled at interpreting the specialized language of firearms instruction and can interpret the instructor's spoken words into ASL and interpret my signed questions back to the instructor.

12. Not all certified ASL interpreters will be able to accurately interpret the firearms safety course. Some interpreters are ASL certified, but they do not have enough ASL fluency, cultural knowledge, or semantic understanding to accurately convey the intended English meaning. I am concerned that if the certified ASL interpreter does not have sufficient qualifications and knowledge in teaching firearms safety, it would not be safe or responsible for me to take a firearms course from that interpreter.

13. Hiring a qualified ASL interpreter is expensive. For a four-hour class, interpreter costs run approximately $80 to $120 per hour. The rate may be adjusted for an all-day course. However, industry standards require that I use two interpreters, not just one, if the course is longer than two hours. Two ASL interpreters are required because the interpreters must switch off to maintain accuracy and to support each other during extended interpreting sessions.

14. I am concerned that a deaf person will need to pay for the interpreters.

15. Hearing people do not have to pay for interpreters. They simply show up and listen to the instruction. The costs that I would face as a deaf person, potentially hundreds or even over a thousand dollars for interpreter services alone, are costs that will significantly impair my Second Amendment rights. I believe it is burdensome to my constitutional right that I may have to pay this cost while hearing people do not.

16. I have not found any information indicating that the state will provide ASL interpreters for the required firearms safety courses, or that approved training providers are required to offer ASL-accessible instruction.

17. I am concerned that, while the government may provide an interpreter at government-funded trainings, third-party private trainers will not provide interpreters, meaning I would need to pay out of pocket.

18. I have some experience with this problem. In the past, when I lived in California, I took a hunting class. The class did not provide an interpreter, but the state paid for an interpreter. I have not found information confirming that Colorado will provide similar support under SB25-003.

19. I am also deeply concerned about the written examination. The exam requires a passing score of at least 90%. Because my first language is ASL and not English, I would not understand the language of a written test without assistance. English sentences can be confusing, as they can include trick questions or phrasing that I cannot easily interpret. I am concerned that I would not be able to understand a written test well enough to pass.

20. For instance, when I used to live in California, the Department of Motor Vehicles provided interpreters to interpret multiple-choice questions on tests for deaf individuals. I have not found any information indicating that an interpreter will be provided for the firearms safety examination under SB25-003, or that the examination will be offered in ASL or in a format accessible to deaf individuals.

21. Many deaf people are concerned and nervous that they are going to fail under this process. I share that concern. If I fail the examination because of the language barrier—not because I lack knowledge about firearm safety—I will be unable to purchase the AR-15 I intend to buy.

22. It is also frustrating to try to complete forms and background checks as part of the permit-to-purchase process. The English in these forms is hard for me to understand depending on the words used. In the past, when I purchased firearms, the gun dealer knew how to sign and was able to interpret the forms when the English was not clear to me. But SB25-0003's permit scheme involves many more steps, forms, and written requirements than a simple point-of-sale transaction.

23. As such, SB25-003's permit process imposes unique and severe burdens on me because of my deafness. The process assumes that applicants can

hear spoken instruction, read and comprehend written English at a high level, and pass a written examination without any accommodation. It provides no alternative pathway for deaf individuals that I am aware of.

24. I am willing and able to safely own and use firearms, and my deafness does not impair my ability to handle a firearm safely. But it does severely impair my ability to complete the permit process as designed.

25. I want to have the same opportunities to exercise my constitutional rights that hearing people do. Hearing people can simply attend the required training, listen to the instruction, and take the written test without additional cost or barriers. I cannot do any of that without significant accommodations that the state does not seem to be providing and that I cannot afford to arrange on my own. Deaf people want to be treated just like hearing people. Under SB25-003, we are not.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, in Colorado Springs, Colorado.

*s/Charles Sloan*
Charles Sloan