**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants*.

---

**DECLARATION OF VIVIAN LAUGESEN**

---

I, Vivian Laugesen, being over 18 years of age, submit the following declaration and state:

1. I make this declaration based on my personal knowledge.

2. I live in Colorado Springs, Colorado, and I am a resident of El Paso County.

3. I am a member of the Colorado State Shooting Association.

4. I intend to purchase an AK-47 semiautomatic firearm. I plan to use the firearm for home-defense, and I expect it to cost about $2,000.

5. I am aware that a Colorado law, SB25-003, created a new process for buying certain firearms. As I understand the law, I must complete the permit-to-purchase process before I can buy a “specified semiautomatic firearm” because I did

not buy the firearm before August 1, 2026. I believe that the AK-47 that I intend to purchase is a "specified semiautomatic firearm."

6. I was born in Mexico, although I grew up in a border town, Brownsville, Texas.

7. For my childhood and adolescence, the primary language that I spoke was Spanish. In my home and with my friends, I always spoke Spanish.

8. When I was in school, our tests and classwork were in English, and I often missed test questions, although I knew the course material, because I did not understand the question.

9. I think in Spanish, I often speak Spanish at home, and everything makes sense to me in Spanish.

10. I speak English, but it is my second language. I often find that, rather than purely speaking English, I slip into "Spanglish."

11. Day-to-day, I can usually communicate in English. But for serious or technical things, and where I need to make sure that I completely understand, I speak Spanish. I rely on my husband to help me interpret hard concepts or words.

12. For example, when I take my children to the doctor, I ask for Spanish translations of any medical documents. I also will sometimes ask a Spanish-speaking nurse to help me translate medical concepts so that I can be sure I understand them.

13. I have researched the permit-to-purchase process. It is very complicated. I relied on an artificial-intelligence program to translate many parts of the process for me.

14. The part of the process that I am most concerned about is the firearms safety course and the test.

15. For the training, I am concerned that I will not be able to understand the technical instruction about the course content. Truthfully, if the course has technical or specialized words, I will not be able to understand them at all.

16. I would consider bringing an interpreter to a firearms course because of the technical language. I am not sure how much it would cost me to pay for an interpreter for the whole course. I believe that it would be hard for me to afford the interpreter, especially because I already must pay for the firearm.

17. I would also consider bringing my husband to the course to help me interpret the language. If he, or another interpreter, was not there to help me with the firearms course, I believe that I would not be able to complete the new permit-to-purchase process.

18. In fact, I would not take the course if my husband or another interpreter was not with me. I am a responsible gun owner. I do not think that it would be responsible or safe for me to try to take a firearms course without being able to fully understand it.

19. For the test, I am concerned that I will be confused by the English questions.

20. If the test was in Spanish, I would not be anxious about taking it.

21. I am very stressed that I may have so much difficulty buying a semiautomatic firearm. I have children, and I believe it is my job to protect them. I believe that I will not be able to fully do that if the required courses and tests are not offered in Spanish.

22. As previously stated, I rely on my husband to interpret difficult and technical English words and phrases to Spanish and help me understand their

meaning. My husband reviewed this declaration with me before I signed it to make sure that I understood and agreed with everything included within it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Colorado Springs, Colorado.

*s/Vivian Laugesen*
Vivian Laugesen