**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs,*

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of Colorado Parks and Wildlife,

*Defendants.*

---

## DECLARATION OF DEBRA FENLASON

---

I, Debra Fenlason, being over 18 years of age, submit the following declaration and state as follows:

1. I make this declaration based on my personal knowledge.

2. I reside in Colorado Springs, Colorado, and I am a resident of El Paso County.

3. I am a Nationally Certified American Sign Language (ASL) interpreter.

4. I am an RID certified interpreter, specifically IC/TC, CI certificates #12191.

5. In the above-entitled case, I provided ASL interpretation / translation services for Charles Sloan and Joshua Moothart, both of whom are deaf and rely on ASL as their primary language.

6. I provided these services to Charles Sloan on two separate occasions. The first of which occurred on August 6, 2026, when Mr. Sloan was interviewed by attorney Rob Bucknam regarding SB25-003's permit-to-purchase process. The second occurred on August 10, 2026, when I assisted Mr. Sloan with the review and revisions of his declaration. Both meetings took place over Zoom videoconferencing.

7. I similarly provided ASL interpretation / translation services for Joshua Moothart during his August 6, 2026, interview, as well as his August 10, 2026, review and revision of his declaration. Once again, these meetings took place over Zoom videoconferencing.

8. In each instance outlined above, I accurately, faithfully, and impartially interpreted to the best of my skill and ability from English into ASL and from ASL into English.

9. Although I provided interpretation / translation services to the declarants referenced above, I am not a party to, or otherwise involved in, this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, in Florence, Kentucky.

*s/Debra Fenlason*

Debra Fenlason