**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02725-WJM-MDB

ISRAEL DEL TORO,
LUKE SORENSEN,
NATHANEL SKIVER,
JASON REEVES,
GARRETT FLICKER, and
the COLORADO STATE SHOOTING ASSOCIATION ("CSSA"),

Plaintiffs,

v.

JARED SCHUTZ POLIS, in his official capacity as
the Governor of the State of Colorado,
PHILIP JACOB WEISER in his official capacity as
the Attorney General of the State of Colorado, and
MICHAEL J. ALLEN, in his official capacity as
the District Attorney for the Fourth Judicial District, and
and LAURA CLELLAN, in her official capacity as the
Acting Director of the Colorado Division of Parks and Wildlife

Defendants.

---

**DEFENDANT MICHAEL J. ALLEN'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DOC. 82]**

---

Defendant, Michael J. Allen, in his official capacity as the District Attorney for the Fourth Judicial District, (hereinafter "Defendant Allen") hereby responds to Plaintiff's Motion for Preliminary Injunction [Doc. 82], and in support thereof states as follows:

Plaintiffs bring their Motion for Preliminary Injunction based on their representation that the roll out of the Act presents unexpected barriers to their ability to perform the required functions of the Act and prohibits them from acquiring the firearms covered by the Act. Plaintiffs

assert that a preliminary injunction is necessary to prevent irreparable harm to their Second Amendment rights.

As Plaintiffs' request for a preliminary injunction does not implicate or affect the Act's criminal provisions or the enforcement thereof, Defendant Allen takes no position on whether the preliminary injunction should be granted. Thus, Defendant Allen elects not to weigh in on Plaintiffs' Motion.

RESPECTFULLY SUBMITTED this 1st day of September 2026.

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

By: *<u>/s/ Bryan E. Schmid</u>*
Bryan E. Schmid
Senior County Attorney
Nathan J. Whitney
First Assistant County Attorney
200 S. Cascade Ave.
Colorado Springs, CO 80903
Phone: (719) 520-6485
Fax: (719) 520-6487
bryanschmid@elpasoco.com
nathanwhitney@elpasoco.com
*Attorneys for Defendant Michael J. Allen*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, I electronically filed the foregoing **DEFENDANT MICHAEL J. ALLEN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DOC. 82]** with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants, as follows:

Michael D. McCoy
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
mmccoy@mslegal.org
*Attorney for Plaintiffs*

Michael Francisco
FIRST & FOURTEENTH PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
michael@first-fourteenth.com
*Attorney for Plaintiffs*

Julian R. Ellis, Jr.
Robert J. Bucknam
FIRST & FOURTEENTH PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
julian@first-fourteenth.com
rob@first-fourteenth.com
*Attorneys for Plaintiffs*

Joseph G.S. Greenlee
NRA INST. FOR LEGISLATIVE ACTION
11250 Waples Mill Rd.
Fairfax, VA 22030
jgreenlee@nrahg.org
*Attorney for Plaintiff Colorado State Shooting Assoc.*

Emily Burke Buckley, Senior Assistant Attorney General
Lane Towry, Assistant Attorney General
Kyle M. Holter, Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway Denver, CO 80203
Emily.buckley@coag.gov
lane.towery@coag.gov
kyle.holter@coag.gov
*Attorneys for Defendants Jared Schutz Polis and Philip Jacob Weiser, in their official capacities*

David Cooperstein, Assistant Attorney General
Colorado Division of Parks and Wildlife and the
Parks and Wildlife Commission
Natural Resources and Environment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway Denver, CO 80203
David.Cooperstein@coag.gov
*Attorney for Defendant Laura Clellan*

*/s/ Meleah Williams*
Paralegal