**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02725-WJM-MDB

ISRAEL DEL TORO, LUKE SORENSEN, NATHANAEL SKIVER, JASON REEVES, GARRETT FLICKER, and the COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

JARED SCHUTZ POLIS, in his official capacity as Governor of the State of Colorado; PHILIP JACOB WEISER, in his official capacity as Attorney General of the State of Colorado; MICHAEL J. ALLEN, in his official capacity as the District Attorney for the Fourth Judicial District; and LAURA CLELLAN, in her official capacity as the Acting Director of the Colorado Division of Parks and Wildlife,

*Defendants*.

---

**Motion for Status Conference**

---

Plaintiffs Israel Del Toro, Luke Sorensen, Nathanael Skiver, Jason Reeves, Garrett Flicker, and the Colorado State Shooting Sports Association (Plaintiffs) file this motion to request a status conference before the Court.[1]

Plaintiffs filed a motion for preliminary injunction (Doc. 82) on August 11, 2026. Defendants responded to the motion (Doc. 86) on September 1, 2026, and Plaintiffs filed their reply in support (Doc. 90) on September 8, 2026. In addition, and consistent with the Court's order (Doc. 88), Plaintiffs filed their response to

[1] Plaintiffs' counsel conferred with Defendants' counsel by email on September 29–October 2, 2026, *see* D.C.COLO.LCivR 7.1(a); the State Defendants take no position on the request for a status conference, and Defendant Allen does not oppose the request.

Amici's brief in support of Defendants (Doc. 93) on September 21, 2026. The motion for preliminary injunction is therefore fully briefed and ripe for review.

Now that the motion for preliminary injunction is fully briefed, Plaintiffs request a status conference with the Court to discuss any anticipated preliminary-injunction hearing or, alternatively, oral argument on the motion. Plaintiffs respectfully request a status conference during the week of October 5, 2026, or at the Court's earliest convenience.

Dated: October 2, 2026.

Respectfully submitted,

*s/ Julian R. Ellis, Jr.*

Julian R. Ellis, Jr.
Robert J. Bucknam
**First & Fourteenth PLLC**
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
Phone: (719) 428-4937
Email: julian@first-fourteenth.com
rob@first-fourteenth.com

Michael Francisco
**First & Fourteenth PLLC**
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
Phone: (202) 784-0522
Email: michael@first-fourteenth.com

Michael D. McCoy
**Mountain States Legal Foundation**
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: mmccoy@mslegal.org

Joseph G.S. Greenlee
**NRA – Institute for Legislative Action**
11250 Waples Mill Road
Fairfax, VA 22030
Phone: (703) 267-1161
Email: jgreenlee@nrahq.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I certify that on October 2, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Julian R. Ellis, Jr.*
FIRST & FOURTEENTH PLLC